MICHAELS, Appellant, v. VOLPE, Respondent. (Supreme Court, Appellate Division, Second Department. January 30, 1903.) Action by Joseph Michaels against Giovanni Volpe. No opinion. Order affirmed, with $10 costs and disbursements.

---

MILLER v. EDISON ELECTRIC ILLUMINATING CO. (Supreme Court, Appellate Division, First Department. February 20, 1903.) Action by Eli P. Miller against the Edison Electric Illuminating Company. No opinion. Motion denied.

---

MILLER et al., Respondents, v. VILLAGE OF LANCASTER, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) Action by Charles Miller & Son against the village of Lancaster, appellant, and Ray B. Lewis. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs.

---

MOCK et al., Appellants, v. KAUFMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 30, 1903.) Action by Anna E. Mock and others against Mary Elizabeth Kaufman and others. No opinion. This cause, having been passed twice, is for that reason stricken from the calendar, and the appeal dismissed, under Gen. Rules Prac. 39.